IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**'09-CV-00331**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2009

GREGORY C. LANGHAM
CLERK

To: Gregory Langham, Clerk
United States District Courthouse
901 19th Street
Denver, Colorado 80294-3589

From: James Williams
Fed # 31734-037
P.O. Box 3000
White Deer, P.A., 17887

James Williams, Plantiff

v.

C.Mestas c/o, J.Jones AW,
H.A.Rios Warden, Richard Schott RC

Complaint

Civil No:

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -6 2009

GREGORY C. LANGHAM
CLERK

ACTION FOR VIOLATION OF CIVIL RIGHTS
PURSUANT TO 42 USC SECTION 1983
AND BIVENS 28 USC SECTION 1331;

On this day 30 of JANUARY 2009, Plantiff James Williams acting Pro-se, informa pauperis, seeking redress, damages a declaratory judgement; for deprivation of plantiff First, Fifth, Eighth and Fourteenth Constitutional Rights. This action in it's current form relies on protecting enunciated in Haines v. Kerner, 404 US 519 (1972), Estelle v Gamble, 429 US 97 (1976) ("that Pro-se pleadings be held to less stringent standards than formal pleadings drafted by license lawyers... And be liberally construed no matter how inartfully pleaded"); See also Fed. R. Civ.P. 8(F) ( pleading should be construed to do substantial justice)

-1-

<u>Jurisdiction</u>: This is a Bivens Action. The court has jurisdiction under 28 USC Section 1331, 1343 (a)(3) and/or 42 USC Section 1983 to construe proper jurisdiction to do substantial justice. Plantiff seeks a declatory judgement pursuant to 28 USC Section 2201,2201; also pursuant to Fed.R.Civ.P. 2,3 and 65.

<u>Venue</u>: The district of Colorado is the appropriate venue under 28 USC 1391 (b)(2) because it is where actions given rise to claim happened.

<u>Defendant</u>: 1) <u>C. Mestas</u> is c/o at florence, colorado, Federal prison (USP) (U.S. Penitentiary); who at all times exercised authority, controll over plantiff during times mentioned in complaint. 2) <u>J.Jones</u> is AW (Assistant Warden) at same (USP). He is legally responsible for the oversight of c/o Mestas and welfare of prisoners under his watch. 3) <u>H.A. Rios</u> is W (Warden) at florence, co, (USP). He is legally responsible for the oversight of all staff and welfare of all prisoners. 4) <u>Richard W. Schott</u> is RC (Regional Counsel) for the District of Colorado. He is legally respnsible for the oversight, all operations of Federal prisoners in Colorado.

<u>Capacity</u>: each defendant is being sued indivisually and in his official capacity. As at all times mentioned in this complaint each defendant acted under color of Fed.Law.

<u>Nature of Complaint:</u>

<u>C.Mestas</u> (c/o), violated plantiff 1st,5th,8th, and 14th Constitutional Rights by stealing plantiffs writ of Hebeas Corpus Appeal, various legal documentations evidence of plantiffs innocense (supporting

-2-

grounds for the Hebeas Corpus); including the legal documents and evidence of misconduct committed by prosecutor (Crawley) and CJA (Lindy)[who helped the prosecutor in a scheme to wrongly convict plantiff] C.Mestas c/o then lied during administrative investigation resulting in the irreparable destruction or lost of the documents and relics.

The remaining defendants in their official capacities condoned the improper actions of Mestas; helping Mestas cover up the theft, lost and destruction of critical documents, relics; by providing false responses thwarting all attempts by plantiff and USP Lee staff to remedy and preserve the valuables.

Legal Claims: ( The conduct alledged in complaint violates clearly established law):

A. C. Mestas (c/o), violated plantiff First Amendment Right by stealing and destroying pertinent legal documents ETC) Preventing me from being able to (file Hebeas Corpus) access to court, to seek redress from the government misconduct that resulted in present wrongful conviction. i) such actions violates First Amendment. See Bordenkirch 526 F.S 1264,1265 (N.D.W.VA 1981) ( deprivation of legal papers violates Constitution); Additionally while holding my legal materials denied right to access court or seek redress violative of first as held in Bounds, 430 US 817.

B. C.Mestas (c/o), Actions complained or denied me [due process] violated the Fifth, Fourteenth Amendment, because plantiff relied on atypical procedures of Federal officials, who inventoried, inspected, itemized and provided plantiff the inventory/ property receipt form-signed and avered that the property would be [mailed] to plantiff.

-3-

(See Declaration Affidavit Ex.A.B) any person should be able to rely on processes/procedures, signatures and assurances from federal prison officials that my property would be [mailed] ( See Inventory Receipt ex. A.B.) these Administration laws and procedures was violated by C.Mestas, It can not be emphasized enough that the administrators (federal prison officials) certified (by signed inventory property receipt) that my property would be safely mailed. (See Ex.A.B.). The importance of the property should be emphasized which consisted of over ten inches of legal documents e.g. original and sole copy of actual innocence Hebeas corpus appeal motion and personal hand written letters from witnesses exculpatory in nature. I did not want to separate with the legal property for fear that this such worst case scenario or destruction would occur, despite the legitimate receipts C.Mestas c/o intentionally breached my property (stole it) prevented it from being mailed and later claimed he destroyed it.

C.Mestas c/o intentional confiscation of property (mail) is theft, extraordinary and violative of Due Process as a matter of Law. In Valverde v. Stinson, 224 F.3d 129,133 (2nd Cir. 2000) ([T]he intentional confiscation of a prisoners Hebeas Corpus petition and related legal papers by a correction officer is extraordinary as a matter of law").

The Due Process of the 14th Amendment prohibits a state from depriving any person of property without due process of law. C.Mestas c/o then lied to investigators who attempted to retrieve the property by falsely saying that he confiscated the property because it was contraband ( See E-mail Ex A.B.); and gave a ultimatum to either mail home or donate them (See Ex c.D.). These reasons later offersd by C.Mestas c/o is false because plantiff property was inspected and not

-4-

identified as being contraband on the inventory property receipt (See Ex.A.B); as well as C.Mestas c/o, claim's are debunked by the record of property inventory receipt (See EX. A.B.); as well as C. Mestas own admissions in e-mail " that staff told me property would be mailed and not contraband" (See Ex. A.B.).

C.Mestas unjustifiably hindered my efforts to self representation preventing me from litigating appeal in court by denying me access to the necessary documents to litigate. See Milton v. Morris, 767 F.2d 1443,1446 (9th Cir.1998) (Due Process violated when state unjustifiably hindered self representation efforts by denying necessary tools to litigate).

D. C.Mestas c/o actions violated the 8th Amendment because it was malicious and deliberate indifference designed to cause irreparable harm to plantiff life, property and liberty interest (Freedom). See Farmer v. Brennan, 511 US 825, 835 (1994) ( Prison guard acts with deliberate indifference, violates 8th Amendment when they ignore an obvious and serious danger): 1) defendant (Mestas) knew property was of legal nature and consisted of numerous relics (special family photos); as identified by plantiff and federal officials during the signing of the property claim receipt (See Ex.A.B) Mestas was present while entire property was inventoried and [ordered] by federal superior official ( the LT.(LNU) who was on hand) to leave plantiff property alone. Mestas was specifically directed by the superior federal official that property was legal and it was to be mailed to plantiff for ongoing Hebeas Corpus Appeal. There is no dispute that property was legal and Mestas knew that which makes his actions knowing and purposeful to cause irreparable harm to plantiff hebeas corpus appeal thus further

-5-

perpetuating unjust imprisonment. Which Supreme Court has found to be Due Process clause and 8th Amendment violation against unjust punishment or imprisonment. See Engle, 456 US at 13. Plantiff clearly had liberty interest to property; ii) Mestas admits in e-mail (See ex. b) that property was legal and contained numerous related personal papers and photos. Mestas specifically admitted to recognizing presentence report (PSR), Judgement and Committment (JC) and over 200 photos (See Ex.B); iii) Mestas has never actually submitted any evidence or proof of anything he confiscated being contraband i.e., no copy of identifying confiscation receipt, reason for confiscation or photographs of the contraband. This is some indication of abuse, failing to comply with typical administrative procedures to document such confiscation's of contraband. Instead Mestas acted in a indivisual, malicious capacity[2], iv) Mestas c/o destroyed plantiff legal property which was clearly evidence and material to actual innocense hebeas corpus appeal which violates civil Rights Statute 18 USC 242 and U.S Supreme Court law Brady v. Maryland, 373 US 83,87 (1963) ( The suppression by the state of evidence upon request violates due process). The plantiff requested to the prison officials to permit access to legal materials and was promised that it would be mailed to plantiff (See Ex. A)

---

[2] The typical Administrative procedures bound by correction officials when confiscation ant property: is to report the discovery of contraband in a confiscation receipt noting reasons for congiscation, and attaching photo of item claimed as contraband.

CONFISCATION

The remaining (3) named defendants are being sued because each in one way or another indivisually and in their official capacity condoned the above violations of Constitutional Rights as well as the destruction of exculpatory evidence. By: i) failing to preserve the evidence upon repeated request from Plantiff. Which Plantiff requested through out the exhaustion process. ii) Filing false responses to Plantiff repeated efforts to recover, preserve the property (See Ex. C,D) [ responses from Jones AW, Rios Warden enclosed]. All named defendants knowing information provided by Mestas to be false, because proof of inventory receipt stating specifically property was legal mail and not contraband. The (3) named defendants were deliberately ignorant to Mestas malicious actions, stealing then falsifying reason(s) for destroying exculpatory legal materials and invaluable family relics (Photos). The defendants had a ethical obligation to intervene and prevent Mestas violating Plantiff's 1st, 5th, 8th, and 14th Amendment Constitutional Rights See King v. Cuyler, 541 F.Supp. 1230 (1982); the defendants failed to cease these violations while acting under the color of federal and state law. See Monroe V. Pape, 365 US 167.

## EXHAUSTIONS OF LEGAL REMEDIES

Plantiff fully pursued all administrative remedy procedures available and was lastly sent a final denial response from Richard Schott Regional councel. (See Ex. E.) ( Schott January 24, 2008 response denying administrative remedy relief).

## RELIEF SOUGHT

1. A declaration that the actions described herein violated

Plantiffs Constitutional Rights nad grant jury trial.

2) Compensatory damages in the amount of One Million Dollars (U.S. Currency) against <u>Mestas</u>, and Five Hundred Thousand Dollars (U.S Currency) against each of the (3) remaining defendants i.e., Jones, AW, Rios W, Schott RC. The compensatory damages is necessary because it must be time and investigation conducted to reproduce the property e.g., Original documents, evidence, family photos of deceased mom and sister, personal writing from mom and sister, hand writing will from mom. Approximately One Million Dollars needed to hire professional assistance to conduct new investigation and reconstruct destroyed Hebeas Corpus actional innocense appeal, some of this money is needed to hire an attorney and investigation to spend time in court explaining the detrimental effects of the destruction of the property.

3) Appoint Councel pursuant to 28 U.S.C. 1915 (e)(1) because Plantiff is indigent and cannot afford councel. Plantiff imprisonment greatly limits the ability to litigate this claim. Plantiff needs appointment of councel to help put this suit in more professional form and conduct investigation such as secure surveillance cameras, evidence, names of witnesses (officials) I don't know names of, ESP. officials who signed inventory receipt.

4) Any additional relief this court deems is proper.

I Certify that the foregoing is true and correct under the penalty of perjury 28 U.S.C. 1746.

Respecffully Submitted,

James Williams, Pro-se

-8-

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE          RECEIVED          FEDERAL BUREAU OF PRISONS

2009 JAN 7 P 1:48

| TO: (Name and Title of Staff Member) MR. LAUREN BUSINESS ACCOUNTING | DATE: JAN 4, 2009 |
|---|---|
| FROM: JAMES WILLIAMS | REGISTER NO.: 34734-037 |
| WORK ASSIGNMENT: 1A Ord | UNIT: USP |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DEAR SIR:
I HAVE JUST RECEIVED A ORDER FROM THE DISTRICT INSTRUCTING ME TO PROVIDE A COPY OF MY INMATE TRUST FUND ACCOUNT CERTIFIED BY A PRISON OFFICIAL.

I BROUGHT THIS MATTER TO UNIT STAFF (HOUSTON) WHO ADVISED ME TO REQUEST THIS INFORMATION FROM YOU.

PLEASE PROVIDE CERTIFIED COPY OF MY INMATE TRUST ACCOUNT FOR PERIOD OF AUG 2008 – JAN. 2009

THANK YOU FOR YOUR TIME AND CARE TO THIS IMPORTANT MATTER.

(Do not write below this line)

---

DISPOSITION:

Usually, there is a form attached for me to sign. I will forward the above request to you. If you find that there is a section (usually on the last page) for me to sign, just forward it to me.

| Signature Staff Member | Date |
|---|---|
| Hoekm | 1/7/09 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

Date: 01/07/2009
Time: 3:09:04 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 07/01/2008
**End Date:** 01/07/2009
**Inmate Reg#:** 31734037
**Account Status:** All
**Institution:** All

Facility: ALX

Date: 01/07/2009
Time: 3:09:04 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

## General Information

| Inmate Reg #: | 31734037 | Living Quarters: | A02-228U |
|---|---|---|---|
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 07/03/2008 07:12:30 AM | 33 | | | Sales | ($3.90) | | $1.51 |
| LEE | 07/18/2008 07:01:28 AM | 16 | | | Sales | ($1.40) | | $0.11 |
| LEE | 07/25/2008 07:07:45 AM | 14 | | | Sales | $0.00 | | $0.11 |
| LEE | 07/28/2008 12:14:02 PM | 33321608 | | | Western Union | $50.00 | | $50.11 |
| LEE | 08/01/2008 03:46:58 AM | TFN0801 | | | Phone Withdrawal | $2.32 | | $52.43 |
| LEE | 08/01/2008 03:46:58 AM | TX080108 | | | Transfer - Out to TRUFACS | ($52.43) | | $0.00 |
| ALX | 08/01/2008 03:46:59 AM | TX080108 | | | Transfer - In from TRUFACS | $52.43 | | $52.43 |
| | **Total Transactions:** | **6** | | | | | | |
| ALX | 08/08/2008 09:28:37 AM | 42 | | | Sales | ($21.45) | | $30.98 |
| ALX | 08/19/2008 02:04:17 PM | 65 | | | Sales | ($21.10) | | $9.88 |
| ALX | 08/25/2008 08:04:57 AM | 33323608 | | | Western Union | $50.00 | | $59.88 |
| ALX | 08/26/2008 01:48:52 PM | 32 | | | Sales | ($17.45) | | $42.43 |
| ALX | 08/26/2008 01:50:34 PM | 33 | | | Sales | ($4.00) | | $38.43 |
| ALX | 08/26/2008 02:00:16 PM | 37 | | | Sales | ($0.70) | | $37.73 |
| ALX | 09/02/2008 10:24:36 AM | 40 | | | Sales | ($31.80) | | $5.93 |
| ALX | 09/03/2008 07:25:37 AM | TFN0903 | | | Phone Withdrawal | ($3.00) | | $2.93 |
| ALX | 09/08/2008 05:56:05 PM | TFN0908 | | | Phone Withdrawal | ($1.00) | | $1.93 |
| ALX | 09/13/2008 11:20:40 AM | TFN0913 | | | Phone Withdrawal | ($1.00) | | $0.93 |
| ALX | 09/23/2008 07:05:38 AM | 33325708 | | | Western Union | $50.00 | | $50.93 |
| ALX | 10/03/2008 01:39:31 PM | IIPP0908 | | | Payroll - IPP | $7.20 | | $58.13 |
| ALX | 10/04/2008 01:35:40 PM | TFN1004 | | | Phone Withdrawal | ($1.00) | | $57.13 |
| ALX | 10/06/2008 10:23:24 AM | 38 | | | Sales | ($49.15) | | $7.98 |
| ALX | 10/15/2008 01:52:50 PM | TFN1015 | | | Phone Withdrawal | ($2.00) | | $5.98 |
| ALX | 10/16/2008 06:49:55 AM | TFN1016 | | | Phone Withdrawal | ($1.00) | | $4.98 |
| ALX | 10/17/2008 06:13:48 PM | TFN1017 | | | Phone Withdrawal | ($1.00) | | $3.98 |
| ALX | 10/20/2008 07:09:34 PM | TFN1020 | | | Phone Withdrawal | ($1.00) | | $2.98 |
| ALX | 10/21/2008 01:08:50 PM | 33301509 | | | Western Union | $50.00 | | $52.98 |
| ALX | 10/25/2008 07:38:50 AM | TFN1025 | | | Phone Withdrawal | ($1.00) | | $51.98 |

Date: 01/07/2009
Time: 3:09:05 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 31734037 | Living Quarters: | A02-228U |
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 10/28/2008 05:14:19 AM | 7011970I | | | Lockbox - CD | $20.00 | | $71.98 |
| ALX | 11/03/2008 12:33:06 PM | 27 | | | Sales | ($71.35) | | $0.63 |
| ALX | 11/07/2008 12:17:01 PM | IIPP1008 | | | Payroll - IPP | $4.80 | | $5.43 |
| ALX | 11/30/2008 06:12:15 PM | 33304409 | | | Western Union | $50.00 | | $55.43 |
| ALX | 12/01/2008 09:37:18 AM | 22 | | | Sales | ($46.95) | | $8.48 |
| ALX | 12/01/2008 10:20:22 AM | 25 | | | Sales | ($2.75) | | $5.73 |
| ALX | 12/05/2008 01:12:13 PM | IIPP1108 | | | Payroll - IPP | $3.60 | | $9.33 |
| ALX | 12/05/2008 01:22:31 PM | 002016 | | | FRP Quarterly Pymt | $0.00 | | $9.33 |
| ALX | 12/15/2008 10:33:39 AM | 36 | | | Sales | ($8.95) | | $0.38 |
| ALX | 12/22/2008 07:07:37 AM | 33305909 | | | Western Union | $50.00 | | $50.38 |
| ALX | 12/24/2008 07:34:33 AM | TFN1224 | | | Phone Withdrawal | ($1.00) | | $49.38 |
| ALX | 12/24/2008 08:16:07 AM | TFN1224 | | | Phone Withdrawal | ($1.00) | | $48.38 |
| ALX | 12/25/2008 07:08:45 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $47.38 |
| ALX | 12/25/2008 09:41:54 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $46.38 |
| ALX | 12/27/2008 01:32:20 PM | TFN1227 | | | Phone Withdrawal | ($1.00) | | $45.38 |
| ALX | 01/02/2009 10:52:40 AM | 120 | | | Sales | ($37.30) | | $8.08 |
| ALX | 01/02/2009 10:54:04 AM | 121 | | | Sales | ($1.00) | | $7.08 |
| | **Total Transactions:** | **38** | | | **Totals:** | **$1.67** | | **$0.00** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $7.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 |
| **Totals:** | **$7.08** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$7.08** |

Page 3

Date: 01/07/2009  
Time: 3:09:05 pm

Facility: ALX

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement

Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 31734037 | Living Quarters: | A02-228U |
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $335.60 | $332.35 | $20.54 | $50.38 | $20.97 | N/A | N/A |

*(supra) certified/signed by prison official.*

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) MR. LAUREN BUSINESS ████ | DATE: JAN. 12, 2009 |
| --- | --- |
|  | REGISTER NO. ████ |
| WORK ASSIGNMENT: IA ORD | UNIT: ████ |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

DEAR MR. LAUREN:

I WRITE TO CLARIFY MY EARLIER REQUEST IE PER COURT ORDER 12-30-08 / PROVIDE COPY OF INMATE TRUST FUND ACCOUNT CERTIFIED AND SIGNED by APPROPRIATE PRISON OFFICIAL. SEE WILLIAMS V. C. MESTAS, ET. AL CIVIL NO. 08-CV-01621-ZLW UNITED STATES DISTRICT COURT, DENVER, CO. ORDER

Although you responded (1-7-09) providing 4 pages of ITFA INFO FOR period 7-1-08 THRU 1-7-09 you did NOT provide the PREREQUISITE SIGNATURE ON ANY OF THE DOCUMENTS. PLEASE PROVIDE YOUR SIGNATURE ON THE ITFA MATERIAL AND I will ATTACH TO MY APPEAL TO THE COURT. I HAVE NO OTHER SPECIAL SECTION REQUIRING YOUR SIGNATURE.

*(margin: EXPLICIT REQUEST THAT IS PROVIDE THE ITFA INFO ONLY THE COURTS)*

(Do not write below this line)

DISPOSITION:

In most cases, there is a document that is included in the court packet (usually the last page) to be signed by the Cashier. If you have that, please forward to the Cashier

Signature Staff Member: [signature]      Date: 1/16/09

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Date: 01/16/2009
Time: 12:30:59 pm

Facility: ALX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 07/01/2008
**End Date:** 01/16/2009
**Inmate Reg#:** 31734037
**Account Status:** All
**Institution:** All

Page 1

Date: 01/16/2009
Time: 12:30:59 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 31734037 | Living Quarters: | A02-228U |
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 07/03/2008 07:12:30 AM | 33 | | | Sales | ($3.90) | | $1.51 |
| LEE | 07/18/2008 07:01:28 AM | 16 | | | Sales | ($1.40) | | $0.11 |
| LEE | 07/25/2008 07:07:45 AM | 14 | | | Sales | $0.00 | | $0.11 |
| LEE | 07/28/2008 12:14:02 PM | 33321608 | | | Western Union | $50.00 | | $50.11 |
| LEE | 08/01/2008 03:46:58 AM | TFN0801 | | | Phone Withdrawal | $2.32 | | $52.43 |
| LEE | 08/01/2008 03:46:58 AM | TX080108 | | | Transfer - Out to TRUFACS | ($52.43) | | $0.00 |
| **Total Transactions:** | | **6** | | | | | | |
| ALX | 08/01/2008 03:46:59 AM | TX080108 | | | Transfer - In from TRUFACS | $52.43 | | $52.43 |
| ALX | 08/08/2008 09:28:37 AM | 42 | | | Sales | ($21.45) | | $30.98 |
| ALX | 08/19/2008 02:04:17 PM | 65 | | | Sales | ($21.10) | | $9.88 |
| ALX | 08/25/2008 08:04:57 AM | 33323608 | | | Western Union | $50.00 | | $59.88 |
| ALX | 08/26/2008 01:48:52 PM | 32 | | | Sales | ($17.45) | | $42.43 |
| ALX | 08/26/2008 01:50:34 PM | 33 | | | Sales | ($4.00) | | $38.43 |
| ALX | 08/26/2008 02:00:16 PM | 37 | | | Sales | ($0.70) | | $37.73 |
| ALX | 09/02/2008 10:24:36 AM | 40 | | | Sales | ($31.80) | | $5.93 |
| ALX | 09/03/2008 07:25:37 AM | TFN0903 | | | Phone Withdrawal | ($3.00) | | $2.93 |
| ALX | 09/08/2008 05:56:05 PM | TFN0908 | | | Phone Withdrawal | ($1.00) | | $1.93 |
| ALX | 09/13/2008 11:20:40 AM | TFN0913 | | | Phone Withdrawal | ($1.00) | | $0.93 |
| ALX | 09/23/2008 07:05:38 AM | 33325708 | | | Western Union | $50.00 | | $50.93 |
| ALX | 10/03/2008 01:39:31 PM | IIPP0908 | | | Payroll - IPP | $7.20 | | $58.13 |
| ALX | 10/04/2008 01:35:40 PM | TFN1004 | | | Phone Withdrawal | ($1.00) | | $57.13 |
| ALX | 10/06/2008 10:23:24 AM | 38 | | | Sales | ($49.15) | | $7.98 |
| ALX | 10/15/2008 01:52:50 PM | TFN1015 | | | Phone Withdrawal | ($2.00) | | $5.98 |
| ALX | 10/16/2008 06:49:55 AM | TFN1016 | | | Phone Withdrawal | ($1.00) | | $4.98 |
| ALX | 10/17/2008 06:13:48 PM | TFN1017 | | | Phone Withdrawal | ($1.00) | | $3.98 |
| ALX | 10/20/2008 07:09:34 PM | TFN1020 | | | Phone Withdrawal | ($1.00) | | $2.98 |
| ALX | 10/21/2008 01:08:50 PM | 33301509 | | | Western Union | $50.00 | | $52.98 |
| ALX | 10/25/2008 07:38:50 AM | TFN1025 | | | Phone Withdrawal | ($1.00) | | $51.98 |

Page 2

Date: 01/16/2009
Time: 12:31:00 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 31734037 | Living Quarters: | A02-228U |
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 10/28/2008 05:14:19 AM | 70119701 | | | Lockbox - CD | $20.00 | | $71.98 |
| ALX | 11/03/2008 12:33:06 PM | 27 | | | Sales | ($71.35) | | $0.63 |
| ALX | 11/07/2008 12:17:01 PM | IIPP1008 | | | Payroll - IPP | $4.80 | | $5.43 |
| ALX | 11/30/2008 06:12:15 PM | 33304409 | | | Western Union | $50.00 | | $55.43 |
| ALX | 12/01/2008 09:37:18 AM | 22 | | | Sales | ($46.95) | | $8.48 |
| ALX | 12/01/2008 10:20:22 AM | 25 | | | Sales | ($2.75) | | $5.73 |
| ALX | 12/05/2008 01:12:13 PM | IIPP1108 | | | Payroll - IPP | $3.60 | | $9.33 |
| ALX | 12/05/2008 01:22:31 PM | 002016 | | | FRP Quarterly Pymt | $0.00 | | $9.33 |
| ALX | 12/15/2008 10:33:39 AM | 36 | | | Sales | ($8.95) | | $0.38 |
| ALX | 12/22/2008 07:07:37 AM | 33305909 | | | Western Union | $50.00 | | $50.38 |
| ALX | 12/24/2008 07:34:33 AM | TFN1224 | | | Phone Withdrawal | ($1.00) | | $49.38 |
| ALX | 12/24/2008 08:16:07 AM | TFN1224 | | | Phone Withdrawal | ($1.00) | | $48.38 |
| ALX | 12/25/2008 07:08:45 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $47.38 |
| ALX | 12/25/2008 09:41:54 PM | TFN1225 | | | Phone Withdrawal | ($1.00) | | $46.38 |
| ALX | 12/27/2008 01:32:20 PM | TFN1227 | | | Phone Withdrawal | ($1.00) | | $45.38 |
| ALX | 01/02/2009 10:52:40 AM | 120 | | | Sales | ($37.30) | | $8.08 |
| ALX | 01/02/2009 10:54:04 AM | 121 | | | Sales | ($1.00) | | $7.08 |
| ALX | 01/09/2009 12:47:50 PM | IIPP1208 | | | Payroll - IPP | $5.25 | | $12.33 |
| | **Total Transactions:** | **39** | | | **Totals:** | **$6.92** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $12.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.33 |
| **Totals:** | **$12.33** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$12.33** |

*J Jackon  1/16/09*
*Inmate Acct's*
*For Allenwood*

Page 3

Date: 01/16/2009
Time: 12:31:00 pm

Facility: ALX

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 31734037 | Living Quarters: | A02-228U |
| Inmate Name: | WILLIAMS, JAMES T | Arrived From: | LEE |
| Current Site Name: | Allenwood FCC | Transferred To: | |
| Housing Unit: | ALP-A-A | Account Creation Date: | 12/4/2001 |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $340.85 | $332.35 | $21.01 | $50.38 | $22.47 | N/A | N/A |